

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/23/2026 01:30 PM

COURTROOM   9A

HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:26-bk-00769-CED** | **13** | **01/29/2026** |

**Chapter 13**

**DEBTOR:**     Vladimir Diaz Santana

**DEBTOR ATTY:**   **Jose Blanco**

**TRUSTEE:**     **Kelly Remick**

**HEARING:**

Initial/Confirmation Hearing
        -Objection to Confirmation of Plan Filed by Lydia M Gazda on behalf of Trustee Kelly Remick. Doc #10

**APPEARANCES::** William Harrison, Lydia Gazda

**RULING:**
Initial/Confirmation Hearing -   Continued to 8/10/2026 at 1:35 p.m. Announced in Open Court no further Notice given.

-Objection to Confirmation of Plan Filed by Lydia M Gazda on behalf of Trustee Kelly Remick. Doc #10
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.